GRANVILLE F. FISH, alias GRANVILLE FISH, Pro Ami,

*vs.*

WALTER E. FRYE.

Androscoggin County. Decided March 16, 1922. This is an action for malicious prosecution, tried in the Superior Court for the County of Androscoggin. The jury returned a verdict for the plaintiff in the sum of eighty-seven dollars and fifty cents. The case is before the court on the defendant's general motion.

After a very careful examination of the evidence, we are unable to conclude that the verdict is manifestly wrong. The entry will be. Motion overruled. *Tascus Atwood*, for plaintiff. *Pulsifer & Ludden*, for defendant.